### Tower v. Wilson, Sheriff of Washington.

SHEPHARD moved in arrest of judgment on the following grounds : 1st. That there was a variance between the issue roll and *nisi prius* record ; the memorandum in the first being of *January* term, 1803, and that of the latter in 1804. 2d. That there was no special suggestion, that the sheriff of the county was interested, and no special award to the coroner, who appeared to have returned the *venire.*

*Foote,* contra, was stopped by the court,

*Per Curiam.* The issue roll is allowed to be correct, and the circuit record is always amendable by it, on payment of the costs of the motion made. The second error is within the spirit of the statute of *jeofails,* which, after verdict, cures the award of a *venire* to an improper officer, on an insufficient suggestion ; *a fortiori* if the award be to the right person. Take nothing by your motion.